IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN M. SCHOPPE-RICO,

    Plaintiff,

vs.

D. LEWIS, et al.,

    Defendants.

No. C 11-04283 YGR (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE CASE MANAGEMENT CONFERENCE STATEMENT**

Plaintiff filed this *pro se* civil rights action under 42 U.S.C. § 1983. Thereafter, this action was reassigned to the undersigned judge. The Court ordered the parties to file separate Case Management Conference Statements, which is appropriate in the instant action because Plaintiff is proceeding without counsel. To date, Plaintiff has not filed his Case Management Conference Statement. Instead, Plaintiff has filed a request for an extension of time to file his Case Management Conference Statement. Having read and considered Plaintiff's request, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time is GRANTED. The time in which Plaintiff may file his Case Management Conference Statement will be extended up to and including **thirty (30) days** from the date of this Order.

This Order terminates Docket no. 23.

IT IS SO ORDERED.

DATED: February 22, 2012

                                         YVONNE GONZALEZ ROGERS
                                         UNITED STATES DISTRICT COURT JUDGE