**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO, | No. C 11-4283 YGR (PR) |
| Plaintiff, | **JUDGMENT** |
| vs. | |
| J. L. RUPERT et al., | |
| Defendants. | |
| _____/ | |

For the reasons set forth in the Order Granting Defendants Ramirez's and Williams's Motion to Join Defendants' Motion to Dismiss; and Granting Defendants' Motion to Dismiss, judgment is entered against Plaintiff and in favor of Defendants.

IT IS SO ORDERED.

DATED: September 28, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.11\Schoppe-Rico4283.jud.wpd