UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. SCHOPPE-RICO,<br><br>    Plaintiff,<br><br>    v.<br><br>J.L. RUPERT, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-4283 YGR (PR)<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS**<br><br>**ORDER DENYING REQUEST FOR RETURN OF FILINGS** |

This closed federal civil rights action, which is currently on appeal, was filed by a *pro se* state prisoner. The Court of Appeals has referred the matter to this Court for a determination whether plaintiff's *in forma pauperis* ("IFP") status should continue for this appeal. This Court determines that it should not. There are no valid grounds on which an appeal can be based. Consequently, the Court certifies that any appeal taken from the order of dismissal and judgment of this action will not be taken in good faith and is therefore frivolous. Fed. R. App. P. ("FRAP") 24(a)(3)(A); *Ellis v. United States*, 356 U.S. 674, 674–75 (1958); *Hooker v. American Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002). Accordingly, plaintiff's IFP status is hereby REVOKED. The Clerk shall forthwith notify plaintiff and the Court of Appeals of this order. *See* FRAP 24(a)(4). Plaintiff may file a motion for leave to proceed IFP on appeal in the Court of Appeals within thirty days after service of notice of this order. *See* FRAP 24(a)(5). Any such motion "must include a copy of the affidavit filed in the district court and the district court's statement of reasons for its action." *Id.* Plaintiff's motion for the return of his filings (Docket No. 81) is DENIED. A copy request form will be sent to plaintiff. The Clerk shall terminate Docket No. 81.

**IT IS SO ORDERED**.

DATED: November 13, 2012

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE